January 30, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

---

### NO. 15-24-00026-CV

---

### SAMUEL SAN MIGUEL, Appellant

### V.

### MICHAEL SEARCY, MARSHA MCLANE, JESSICA MARSH, KARA GOUGLER, RACHEL KINGSTON, CRISTOVAL SALINAS, CHRIS GREENWALT, JOHN COCHRAN, WAYNE SCHMOKER, VICTORIA RODRIGUEZ, JAMES CRUZ, MICHAEL ARENIVAZ, DEANNA RODRIGUEZ, ANDRES FLORES, ALISSA CORREA, ADAM PIERCE, MICHAEL TERRONES, BRIAN MOSLEY, JASON HEATON, Appellees

---

This cause, an appeal from the judgment in favor of appellees, Michael Searcy, Marsha McLane, Jessica Marsh, Kara Gougler, Rachel Kingston, Cristoval Salinas, Chris Greenwalt, John Cochran, Wayne Schmoker, Victoria Rodriguez, James Cruz, Michael Arenivaz, Deanna Rodriguez, Andres Flores, Alissa Correa, Adam Pierce, Michael Terrones, Brian Mostley, and Jason Heaton, signed, November 30, 2023, was heard on the appellate record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

Since appellant is indigent, we order no costs or fees to be incurred by appellee in this appeal.

We further order this decision certified below for observance.

Judgment Rendered January 30, 2025.

Panel Consists of Justices Chief Justice Brister and Justices Field and Farris. Opinion delivered by Justice Scott K. Field.